IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

EDGARDO QUIROS-MORALES
    Petitioner,

v.

UNITED STATES OF AMERICA
    Respondent

CIVIL NO. 02-2019 (SEC)
Criminal No. 97-072 (SEC)

## **JUDGMENT**

Pursuant to our Opinion and Order of even date, the Magistrate Judge's report is **APPROVED** and **ADOPTED** as our own and the above-captioned case is **DISMISSED WITH PREJUDICE**. Judgment is hereby entered accordingly.

**SO ORDERED.**

In San Juan, Puerto Rico, this 24th day of May, 2004.

S/ *Salvador E. Casellas*
SALVADOR E. CASELLAS
United States District Judge