Crim. No. 97-72 (SEC)                                                                      31

## Instruction No. 24: Actual Amount Need Not be Proven

In the Indictment, it is alleged that a particular amount or quantity of Controlled Substance was involved. The United States is not required to prove that the amount or quantity of Controlled Substance was as charged in the Indictment. It need only prove beyond a reasonable doubt that there was a measurable amount of Controlled Substance.

Exhibit A