Clerk
Degetau Federal Bldg., Rm.150
150 Carlos Chardon St.
Hato Rey, PR  00918-1767


January 7, 2008

Edgardo Quiros Morales
41496-054
P.O. Box 33
Terre Haute, IN 47808

RE: ENCLOSED MOTION

Dear Clerk,
    Please find enclosed the original and one (1) copy of my motion that I would like placed on the court's docket for review.
    That you for your assistance.


Respectfully yours,

*Edgardo Quiros Morales*
Edgardo Quiros Morales


cc: Enclosures