INMATE IDENTIFICATION CONFIRMED

Edgardo Quiñones Morales
#41496-054
P.O. Box 33
Terre Haute, IN 47808

LEGAL MAIL

Clerk of Court
Debetan Federal Bldg., Rm. 150
150 Carlos Chardon Street
Hato Rey, PR
00918-1767





