Eddardo Quiros Morales
#41496-054
P.O. Box 33
Terre Haute, IN 47808

(Legal Mail)

*SPECIAL MAIL*

EDGARDO QUIROS MORALES
#41496-054
P.O. BOX 33
Terre Haute, IN 47808

INMATE
IDENTIFICATION
CONFIRMED

CLERK'S OFFICE
UNITED STATES DISTRICT COURT
ROOM 150 FEDERAL BLDG
SAN JUAN P.R. 00918-1767

CLERK'S OFFICE
UNITED STATES DISTRICT COURT
ROOM 150, FEDERAL BUILDING
SAN JUAN, PUERTO RICO
00918-1767

TERRE HAUTE IN 478
18 MAR 2008 PM 1 T

"LET US DARE TO READ, THINK, SPEAK AND WRITE"
John Adams, 1765

FCC MAIL ROOM
MAR 31 2008