IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| EDGARDO QUIROS-MORALES * <br> Petitioner, * <br> * <br> v. * <br> * <br> UNITED STATES OF AMERICA * <br> Respondent * <br> * | CIVIL NO. 02-2019 (SEC) <br> Criminal No. 97-072 (SEC) |

**************************************

## **JUDGMENT**

Pursuant to our Opinion and Order of even date, the Magistrate Judge's report is **APPROVED** and **ADOPTED** as our own and the above-captioned case is **DISMISSED WITH PREJUDICE**. Judgment is hereby entered accordingly.

**SO ORDERED.**

In San Juan, Puerto Rico, this 24th day of May, 2004.

S/ *Salvador E. Casellas*
SALVADOR E. CASELLAS
United States District Judge