CLERK'S OFFICE
UNITED STATES DISTRICT COURT
ROOM 150 FEDERAL BLDG
SAN JUAN, PR  00918-1767

June 30, 2008

Edgardo Quiros-Morales
#41496-054
P.O. Box 33
Terre Haute, IN 47808

RE: DOCUMENT 764; USA v Edgardo Quiros-Morales, 97-072(8)

Dear Clerk,
    I received from your office the attached Order and I want to clarify that this order is in regards to the appointment of the Federal Public Defender's Office to determine whether or not Amendment 706 ("CRACK AMENDMENT") applied to my case.
    I filed prior to this amendment's enactment a motion under Title 18 USC §3582 citing Amendment 591. I was not appointed any attorney in regards to this motion yet and I am asking at this time the status of that motion currently pending before the Court?
    Thank you for your assistance in this matter and I look forward to your response.

Sincerely yours,

*Edgardo Quiros-Morales*
Edgardo Quiros-Morales

cc: Enclosure
    file