Edgardo Quiros-Morales
41496-054
P.O. Box 33
Terre Haute, IN 47808

TERRE HAUTE IN 478

01 JUL 2008 PM 1 T



SPECIAL MAIL

CLERK'S OFFICE
UNITED STATES DISTRICT COURT
ROOM 150 FEDERAL BLDG
SAN JUAN PR
00918-1767

**INMATE IDENTIFICATION CONFIRMED**

00918X1767